**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OUR BODY ELECTRIC, INC., | 24-mc-49 |
| *Plaintiff,* | Civil Action No.: |
| v. | |
| NOOM, INC., | |
| *Defendant.* | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

**PLAINTIFF'S COMPLAINT AND CERTAIN EXHIBITS THERETO**

Upon the Motion For Leave To File Under Seal Plaintiffs' Complaint and Certain Exhibits Thereto, it is

**HEREBY ORDERED**, that Plaintiff shall file (i) the Complaint publicly in redacted form, and in unredacted form under seal, and (ii) Exhibits 1, 2 and 4 under seal in their entirety.

Dated:  January 30, 2024

_____
J. PAUL OETKEN
United States District Judge

Part I